UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 12-9152 |
| v. | : | CRIMINAL ACTION |
| Ronald Ehrman | : | ORDER OF RELEASE |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(✓) Reporting, as directed, to U.S. Pretrial Services;

( ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

(✓) The defendant shall appear at all future court proceedings;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

( ) Other: _____

_Ronald Ehrman_           7/26/12
DEFENDANT                                           DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

7/26/12
DATE